# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Katherine Dorr, individually and all others similarly situated,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>)<br>**v.** )<br>)<br>)<br>**National Republican Senatorial Committee** )<br>)<br>)<br>**Defendant.** ) | **Case No.: 2:22-cv-01271-SGC**<br><br>**JURY TRIAL DEMANDED** |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the following defendant via certified mail pursuant to Federal Rule of Civil Procedure 4(c)(2)(C)(i) and Alabama Rules of Civil Procedure 4.1:

National Republican Senatorial Committee
c/o Cogency Global, Inc.
1025 Connecticut Ave. NW, Suite 712
Washington, DC 20036

Respectfully submitted,

Date: October 3, 2022

*/s Adam W. Pittman*
Adam W. Pittman
(ASB-0146-A33P)
**CORY WATSON, P.C.**
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896, fax
apittman@corywatson.com