# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Katherine Dorr, individually and all others similarly situated,** | ) ) ) ) ) |
| **Plaintiff,** | ) ) ) |
| **v.** | ) ) ) |
| **National Republican Senatorial Committee** | ) ) ) |
| **Defendant.** | ) |

Case No.: 2:22-cv-01271-SGC

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Katherine Dorr hereby dismisses her claims for relief against Defendant National Republican Senatorial Committee without prejudice, with each party to bear his or her own costs.

Dated: November 3rd, 2022.

Respectfully submitted,

*/s Adam W. Pittman*
Adam W. Pittman
(ASB-0146-A33P)
**CORY WATSON, P.C.**
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896, fax
apittman@corywatson.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 3rd, 2022, a copy of the foregoing was served on the following via e-mail.

National Republican Senatorial Committee
c/o Holtzman Vogel Baran Torchinsky & Josefiak PLLC
ATTN: Dallin Holt
2300 N Street, NW, Ste 643-A
Washington, DC  20037
*Attorney for Defendant*

*/s/ Adam W. Pittman*
Adam W. Pittman (ASB-0146-A33P)
