# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KATHERINE DORR, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:22-cv-1271-SGC |
| NATIONAL REPUBLICAN SENATORIAL COMMITTEE, | ) |
| Defendant. | ) |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff has voluntarily dismissed this action.

Therefore, at the direction of the Honorable Staci G. Cornelius, this case is closed.

DATED: November 8, 2022

SHARON N. HARRIS, CLERK

By: s/Bridget S. Tyree
Deputy Clerk